IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS HENRI DENIS MULDER | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 2:12-CV-02115-CDJ |
| SMALL BITE, INC., HUB BEHEER B.V., and R.W.G. LINDERS ORTHODONTIST B.V. | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against all Defendants.

Dated: May 1, 2012

WEIR & PARTNERS LLP

By: /s/ Edward T. Kang
Edward T. Kang
The Widener Building, Suite 500
Philadelphia, PA 19107
(215) 665-8181
(215) 665-8191 (fax)
ekang@weirpartners.com